AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

VENCLOSE INC.

                            Plaintiff (s),

            V.

COVIDIEN LP, et al.

                            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:16-cv-07372

Notice is hereby given that, subject to approval by the court, **Venclose Inc.** substitutes
(Party (s) Name)

**Lita M. Verrier**, State Bar No. **181183** as counsel of record in
(Name of New Attorney)

place of **Wilson Sonsini Goodrich & Rosati.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          Ropers, Majeski, Kohn & Bentley

    Address:             10 Post Office Square, 8th Floor South Boston, MA 02109

    Telephone:          617-850-9087               Facsimile 617-850-9088

    E-Mail (Optional):   lita.verrier@rmkb.com

I consent to the above substitution.

Date:    March 1, 2017

                                          (Signature of Party (s))
                           Jerry Gibson
                           Board Chairman of Venclose Inc.

I consent to being substituted.

Date:    March 7, 2017

                                      (Signature of Former Attorney (s))
                           Christopher Don Mays

I consent to the above substitution.

Date:    March 8, 2017

                                      /s/ Lita M. Verrier
                                      (Signature of New Attorney)
                           Lita M. Verrier

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com