AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

VENCLOSE INC.

                Plaintiff (s),

V.

COVIDIEN, LP, et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:16-cv-07372

Notice is hereby given that, subject to approval by the court, **Venclose Inc.** (Party (s) Name) substitutes **Mark J. Thacker** (Name of New Attorney), State Bar No. **157182** as counsel of record in place of **Wilson Sonsini Goodrich & Rosati**. (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Ropers, Majeski, Kohn & Bentley
    Address: 50 West San Fernando Street, Suite 1400, San Jose, CA 95113
    Telephone: 408-287-6262     Facsimile 650-918-4501
    E-Mail (Optional): mark.thacker@rmkb.com

I consent to the above substitution.
Date: MARCH 1, 2017

*(Signature of Party (s))*
Jerry Gibson
Board Chairman of Venclose Inc.

I consent to being substituted.
Date: March 7, 2017

*(Signature of Former Attorney (s))*
Christopher Don Mays

I consent to the above substitution.
Date: March 8, 2017

/s/ J. Mark Thacker
*(Signature of New Attorney)*
J. Mark Thacker

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____ Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com