| | |
|---|---|
| 1 | LITA M. VERRIER (SBN 181183)<br>ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | 10 Post Office Square, 8th Floor South<br>Boston, MA  02109-1894 |
| 3 | Telephone:  (617) 850-9087<br>Facsimile:  (617) 850-9088 |
| 4 | Email:  lita.verrier@rmkb.com |
| 5 | J. MARK THACKER (SBN 157182)<br>ROPERS, MAJESKI, KOHN & BENTLEY |
| 6 | 50 W. San Fernando Street, Suite 1400<br>San Jose, CA  95113 |
| 7 | Telephone:  (408) 287-6262<br>Facsimile:  (408) 918-4501 |
| 8 | Email:  mark.thacker@rmkb.com |
| 9 | MARIE E. SOBIESKI (SBN 278008)<br>ROPERS, MAJESKI, KOHN & BENTLEY |
| 10 | 1001 Marshall Street, Suite 500<br>Redwood City, CA  94063 |
| 11 | Telephone:  (650) 364-8200<br>Facsimile:  (650) 780-1701 |
| 12 | Email:  marie.sobieski@rmkb.com |
| 13 | Attorneys for Plaintiff<br>VENCLOSE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENCLOSE INC.,<br><br>      Plaintiff,<br><br>v.<br><br>COVIDIEN LP, COVIDIEN HOLDING, INC.,<br><br>      Defendants. | CASE NO.  5:16-cv-07372-EJD<br><br>**NOTICE OF APPEARANCE BY MARIE E. SOBIESKI**<br><br>Judge:  The Hon. Edward J. Davila |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Marie E. Sobieski of Ropers, Majeski, Kohn & Bentley, 1001 Marshall Street, Suite 500, Redwood City, CA  94063, hereby enters an appearance in the above-captioned matter as counsel on behalf of Plaintiff Venclose Inc. for the purpose of

1  receiving notices and orders from the Court.  Ms. Sobieski is admitted to practice in the United

2  States District Court for the Northern District of California and is in good standing as a member

3  of the bar of the State of California.  Copies of all pleadings and notices pertaining to the above-

4  entitled action not otherwise filed through the Court's electronic filing system should be

5  forwarded to counsel at the following address:

> Marie E. Sobieski
> Ropers, Majeski, Kohn & Bentley
> 1001 Marshall Street, Suite 500
> Redwood City, CA  94063
> Telephone:  (650) 364-8200
> Facsimile:  (650) 780-1701
> Email:  marie.sobieski@rmkb.com

Dated:  April 3, 2017                                    ROPERS, MAJESKI, KOHN & BENTLEY


By:/s/ Marie E. Sobieski
   LITA M. VERRIER
   J. MARK THACKER
   MARIE E. SOBIESKI
   Attorneys for Plaintiff
   VENCLOSE INC.